| | | |
|---|---|---|
| 1 | CENTER FOR DISABILITY ACCESS | E-FILED 1/24/19 |
| 2 | Chris Carson, Esq., SBN 280048 | |
| | Raymond Ballister Jr., Esq., SBN 111282 | |
| 3 | Phyl Grace, Esq., SBN 171771 | |
| | Dennis Price, Esq., SBN 279082 | JS-6 |
| 4 | <u>Mail</u>: PO Box 262490 | |
| | San Diego, CA 92196-2490 | |
| 5 | <u>Delivery</u>: 9845 Erma Road, Suite 300 | |
| | San Diego, CA 92131 | |
| 6 | (858) 375-7385; (888) 422-5191 fax | |
| 7 | phylg@potterhandy.com | |
| | Attorneys for Plaintiff | |

FRANK W. CHEN (SBN: 137079)
fchen@FrankChenLaw.com
LAW OFFICES OF FRANK W. CHEN
405 S. San Gabriel Blvd., Suite E
San Gabriel, CA 91776-1966
Telephone: (626) 441-4205
Facsimile: (626) 441-4352
Attorney for Defendants
Sarkis Kumjian and Varsenik Kumjian

HYUNSUK ALBERT CHANG (SBN: 206270)
albertchang@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836
Facsimile: (310) 769-6787
Attorneys for Defendant
Veggie Life Restaurant Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG, | Case: 2:18-CV-03444-PSG-PLA |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** ; ORDER |
| SARKIS KUMJIAN; VARSENIK KUMJIAN; VEGGIE LIFE RESTAURANT INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

1

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 22, 2019        CENTER FOR DISABILITY ACCESS

                                                By: /s/ Chris Carson
                                                    Chris Carson
                                                    Attorneys for Plaintiff

Dated: January 22, 2019        LAW OFFICES OF FRANK W. CHEN

                                                By: /s/ Frank W. Chen
                                                  Frank W. Chen
                                                  Attorney for Defendants
                                                  Sarkis Kumjian and Varsenik
                                                  Kumjian

Dated: January 22, 2019        LAW OFFICES OF ALBERT CHANG

                                              By: /s/ Hyunsuk Albert Chang
                                                  Hyunsuk Albert Chang
                                                  Attorney for Defendant
                                                  Veggie Life Restaurant Inc.

**IT IS SO ORDERED.**

**DATED:** 1/24/19 _____

_[signature]_

**U.S. DISTRICT JUDGE**

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Frank W. Chen and Hyunsuk Albert Chang, counsel's for Sarkis Kumjian, Varsenik Kumjian and Veggie Life Restaurant Inc., respectively, and that I have obtained Mr. Chen's and Mr. Chang's authorization to affix their electronic signature to this document.

Dated: January 22, 2019            CENTER FOR DISABILITY ACCESS

                                   By: /s/ Chris Carson
                                       Chris Carson
                                       Attorneys for Plaintiff